AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

MARK EDWARD ELLIOTT
ELMORE COUNTY JAIL

**WARRANT FOR ARREST**

Case Number: 2:05cr159-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARK EDWARD ELLIOTT__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Knowingly possess in and affecting commerce a firearm (1 count)

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK__
Title of Issuing Officer

*Joyce Taylor*
Signature of Issuing Officer

JULY 1, 2005 - MONTGOMERY, AL
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |