IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                                  )
          v.                  )      CR. NO. <u>2:05cr159-F</u>
                                  )
MARK EDWARD ELLIOTT      )

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE

JUDGE:

      Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Mark Edward Elliott, now in custody of Elmore County Jail, Wetumpka, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on August 17, 2005, at 10:00 a.m.

      WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Elmore County Jail, Wetumpka, Alabama, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on August 17, 2005, at 10:00 a.m.

      Respectfully submitted this the 20th day of July, 2005.

                               Respectfully submitted,

                               /s/Tommie Brown Hardwick
                               TOMMIE BROWN HARDWICK
                               Assistant United States Attorney
                               One Court Square, Suite 201
                               Montgomery, AL 36104
                               Phone: (334) 223-7280
                               Fax: (334) 223-7135
                               E-mail: tommie.hardwick@usdoj.gov