IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr159-F |
| | ) | |
| MARK EDWARD ELLIOTT | ) | |

MOTION TO WITHDRAW MOTION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM AND PROPOSED ORDER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Withdraw the Motion for Writ of Habeas Corpus Ad Prosequendum and the attached proposed Order heretofore filed in the above styled cause on July 20, 2005, as to Mark Edward Elliott, on the following grounds, to wit: Motion for Writ and proposed Order filed in error.

Respectfully submitted this the 20th day of July, 2005.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov