IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:05cr159-F</u> |
| | ) | |
| MARK EDWARD ELLIOTT | ) | |

<u>O R D E R</u>

Upon consideration of the foregoing motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Motion for Writ of Habeas Corpus Ad Prosequendum and proposed Order be withdrawn.

DONE this the _____ day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE