IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr159-F |
| | ) | |
| MARK EDWARD ELLIOTT | ) | |

MOTION TO DISMISS INDICTMENT

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Indictment, heretofore filed in the above-styled cause to Mark Edward Elliott, on the following grounds, to wit: In the interest of justice.

Respectfully submitted this the 6th day of September, 2005.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:05cr159-F |
| | ) |
| MARK EDWARD ELLIOTT | ) |

CERTIFICATE OF SERVICE

_____I hereby certify that on September 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie W. Bethel, Esq.

        Respectfully submitted,

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY


        /s/Andrew O. Schiff
        ANDREW O. SCHIFF
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        FAX: (334) 223-7135
        E-mail: andrew.schiff@usdoj.gov