IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-159-F |
| | ) | |
| MARK EDWARD ELLIOTT | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Dismiss Indictment (Doc. #7) filed on September 6, 2005, it is hereby

ORDERED that the motion is GRANTED and the indictment in this case is dismissed.

DONE this 8th day of September, 2005.

                                                   Mark E. Fuller
                                                   CHIEF UNITED STATES DISTRICT JUDGE